

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-20-00389-CV

**THE CINCINNATI INSURANCE COMPANY,**

v.

Ronnie **VILLANUEVA,**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
       Patricia O. Alvarez, Justice (Not participating)
       Luz Elena D. Chapa, Justice
       Irene Rios, Justice
       Beth Watkins, Justice
       Liza A. Rodriguez, Justice
       Lori I. Valenzuela, Justice

On March 31, 2022, appellant filed a Motion for Rehearing and Motion for En Banc Reconsideration. After consideration, the motions are **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court